Joseph S. Stacey (Alaska Bar No. 0007041)
James P. Jacobsen (Alaska Bar No. 9511051)
Stacey & Jacobsen, PLLC
4039 21st Avenue W, Suite 401
Seattle, WA 98199
Telephone: (206) 282-3100
Fax: (206-282-1149
jstacey@maritimelawyer.us
jjacobsen@maritimelawyer.us
Attorneys for Plaintiff
KELLY J. WIEBER

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KELLY J. WIEBER,<br><br>            Plaintiff(s),<br><br>vs.<br><br>F/V JENMARANN, O.N. 589318, her tackle, gear, appurtenances, apparel, equipment, permits, licenses, fishing rights, furniture, etc., *in rem*; EQUALIZER, INC., a Corporation; and TODD JOHNSON, and JANE DOE JOHNSON, as individuals, and the marital community composed of the defendant JOHNSONS, *in personam*,<br><br>           Defendants. | IN LAW AND ADMIRALTY<br><br>Case No.<br><br><br>*JURY DEMAND REQUESTED*<br><br>**Rule 28 USC 1916**<br>**Seaman to Sue Without**<br>**Prepayment of Costs** |

## **COMPLAINT *IN REM* AND *IN PERSONAM* FOR PERSONAL INJURIES, MAINTENANCE AND CURE, NEGLIGENCE AND UNSEAWORTHINESS**

COMES NOW plaintiff, KELLY J. WIEBER, who complains against defendants, F/V JENMARANN, O.N. 589318, her tackle, gear, appurtenances,

*COMPLAINT*
*Wieber v. F/V JENMARANN, ET. AL.*
*Page 1 of 7*

STACEY & JACOBSEN, PLLC
ATTORNEYS AT LAW
WASHINGTON ALASKA OREGON
4039 21ST AVENUE WEST, SUITE 401
SEATTLE, WA 98199
TELEPHONE (206) 282-3100

Case 3:19-cv-00166-SLG-MMS   Document 1   Filed 06/13/19   Page 1 of 7

apparel, equipment, permits, licenses, fishing rights, furniture, etc. *in rem*; EQUALIZER, INC., a Corporation; and TODD JOHNSON, JANE DOE JOHNSON and their marital community, as individuals, *in personam,* and for causes of action, avers:

## I. JURISDICTION AND VENUE

1.1 This cause arises under the provisions of the General Maritime Law and the Jones Act, 46 U.S.C. § 30104, and the provisions of the Federal Employers Liability Act, 45 U.S.C. § 56, which is incorporated into the Jones Act.

1.2 Subject matter jurisdiction is alternatively conferred upon this Court under principles of diversity jurisdiction, 28 U.S.C. § 1332, in that at all times herein mentioned, Plaintiff KELLY WIEBER was, and still is, a resident of the State of Washington. Defendant EQUALIZER, INC. was, and still is, a corporation organized and existing under the laws of the State of Montana, with a Federal Identification No. 81-0484136. Defendants TODD JOHNSON, JANE DOE JOHNSON and their marital community are residents of the State of Montana. Plaintiff KELLY WIEBER claims damages, exclusive of interest and costs, in an amount greater than $75,000.00.

1.3 Venue lies in this Honorable Court pursuant to 28 U.S.C. § 1391(b)(1) and (2).

//

*COMPLAINT*
*Wieber v. F/V JENMARANN, ET. AL.*
*Page 2 of 7*

STACEY & JACOBSEN, PLLC
ATTORNEYS AT LAW
WASHINGTON ALASKA OREGON
4039 21ST AVENUE WEST, SUITE 401
SEATTLE, WA 98199
TELEPHONE (206) 282-3100

Case 3:19-cv-00166-SLG-MMS   Document 1   Filed 06/13/19   Page 2 of 7

## II. THE PARTIES

2.1 The Defendant vessel, F/V JENMARANN, is a vessel of the United States flag, who's official USGC Doc. No. is 589318. At all times material hereto, F/V JENMARANN was in navigable waters and capable of navigation. During the pendency of this litigation, F/V JENMARANN will be within the jurisdiction of this court. This action is brought *in rem* against F/V JENMARANN, her tackle, engine, gear, apparel, furniture, licenses, permits, quotas, and equipment.

2.2 Defendant TODD JOHNSON is a resident of Montana. At all times relevant hereto, Defendant TODD JOHNSON owned and/or operated and/or managed the F/V JENMARANN and/or employed the plaintiff thereon as a seaman. At the time of plaintiff's injury, TODD JOHNSON was the captain and in charge of F/V JENMARANN and worked in Alaska waters.

It is unknown to plaintiffs if defendant TODD JOHNSON is a single or married man. If he is a married man, all acts herein alleged to have been performed by defendant TODD JOHNSON were performed on behalf of, and for the benefit of, the defendant JOHNSON's marital community.

2.3 Defendant EQUALIZER INC. was, and still is, a corporation organized and existing under the laws of the State of Montana, with a Federal Identification No. 81-0484136. Defendant EQUALIZER INC. owned and/or operated and/or managed the F/V JENMARANN and/or employed the plaintiff

*COMPLAINT*
*Wieber v. F/V JENMARANN, ET. AL.*
*Page 3 of 7*

STACEY & JACOBSEN, PLLC
ATTORNEYS AT LAW
WASHINGTON ALASKA OREGON
4039 21ST AVENUE WEST, SUITE 401
SEATTLE, WA 98199
TELEPHONE (206) 282-3100

Case 3:19-cv-00166-SLG-MMS   Document 1   Filed 06/13/19   Page 3 of 7

thereon as a seaman. Defendant EQUALIZER INC. was conducting business in the State of Alaska at all relevant times.

### III. LIABILITY

3.1 On or about June 28, 2016, while in the course of her employment and while in the services and employment of the defendants and the defendant vessel, and as a legal result of the negligence of the defendants (and/or defendant(s) agents), and/or the unseaworthiness of F/V JENMARANN, the plaintiff suffered severe personal injuries.

3.2 At all relevant times, F/V JENMARANN was fishing in the Alaska salmon fishery with a net (gillnet fishing for salmon). The net is wound onto a net reel. TODD JOHNSON was acting as captain and in command of F/V JENMARANN.

3.3 Plaintiff was employed as a seaman and a deckhand on F/V JENMARANN.

3.4 On the day of injury, June 28, 2016, plaintiff was doing her job as a deckhand in the normal and expected manner. Captain TODD JOHNSON was at the controls of the hydraulic net reel. While plaintiff was opening a hatch, immediately adjacent to the net reel, the captain activated the net reel. The captain did not warn plaintiff that he was going to activate the net reel. The motion of the net being wound around the net reel entangled plaintiff's raingear and pulled her

*COMPLAINT*
*Wieber v. F/V JENMARANN, ET. AL.*
*Page 4 of 7*

STACEY & JACOBSEN, PLLC
ATTORNEYS AT LAW
WASHINGTON ALASKA OREGON
4039 21ST AVENUE WEST, SUITE 401
SEATTLE, WA 98199
TELEPHONE (206) 282-3100

Case 3:19-cv-00166-SLG-MMS   Document 1   Filed 06/13/19   Page 4 of 7

left arm into the net reel. Her arm was severely injured when becoming drawn into the net reel mechanism.

3.5 Plaintiff, by virtue of her injuries sustained as a seaman and crewmember of F/V JENMARANN, has a priority maritime lien on defendant vessel F/V JENMARANN pursuant to 46 U.S.C. 31301(5)(B).

## IV. DAMAGES

4.1 As a direct and proximate result of the negligence of the defendants and the unseaworthiness of F/V JENMARANN, plaintiff sustained injuries to her arm, shoulder, wrist and related body parts. Plaintiff has incurred and/or with reasonable probability will incur in the future, medical expenses, lost earnings and lost earning capacity, loss of services, pain and suffering, anguish, psychological stress, disability and loss of enjoyment of life. As a result of the above described injuries, plaintiff is no longer capable of working in her profession as a seaman.

## V. MAINTENANCE, CURE AND UNEARNED WAGES

5.1 The defendants, by reason of the injuries received by plaintiff in the course of her employment on board F/V JENMARANN, are liable to plaintiff for her maintenance and cure, unearned wages, repatriation, and found.

## VI. NO COMPARATIVE FAULT

6.1 Plaintiff was working as ordered. As such, she cannot be deemed to be comparatively at fault.

*COMPLAINT*
*Wieber v. F/V JENMARANN, ET. AL.*
*Page 5 of 7*

STACEY & JACOBSEN, PLLC
ATTORNEYS AT LAW
WASHINGTON ALASKA OREGON
4039 21ST AVENUE WEST, SUITE 401
SEATTLE, WA 98199
TELEPHONE (206) 282-3100

Case 3:19-cv-00166-SLG-MMS   Document 1   Filed 06/13/19   Page 5 of 7

## VII. NO ASSUMPTION OF THE RISK

7.1 Plaintiff was legally aboard F/V JENMARANN at the time that she was injured. Plaintiff was working on deck at her assigned station and performing her work in the normal and customary manner. Plaintiff, as a seaman, did not – and legally cannot – assume the risk of working near a net reel or other vessel equipment. *Tiller v. Atlantic Coast Line R. Co.*, 318 U.S. 54, 63 S.Ct. 444 (1943).

## VIII. PUNITIVE DAMAGES

8.1 Plaintiff was severely injured on defendants' vessel while fishing off the Alaska coast. The captain's acts of activating the net reel with an employee deckhand's hands near the net reel were not merely negligent but were reckless. Defendants acted recklessly, willfully and wantonly in causing an unseaworthy condition which resulted in injury to plaintiff.

## IX. JURY DEMAND

9.1 Pursuant to F.R.C.P. 38 a demand for a jury of twelve is requested.

**WHEREFORE,** plaintiff prays for judgment in accordance with the evidence to be presented at the time of trial and as may be permitted under the General Maritime Law and the Jones Act for all general and special damages permitted under the law including but not limited to: maintenance and cure, entitlements, lost wages both past and future, pain and suffering both past and future, and disability compensation, punitive damages, together with taxable costs,

*COMPLAINT*
*Wieber v. F/V JENMARANN, ET. AL.*
*Page 6 of 7*

STACEY & JACOBSEN, PLLC
ATTORNEYS AT LAW
WASHINGTON ALASKA OREGON
4039 21ST AVENUE WEST, SUITE 401
SEATTLE, WA 98199
TELEPHONE (206) 282-3100

Case 3:19-cv-00166-SLG-MMS   Document 1   Filed 06/13/19   Page 6 of 6

interest and attorney fees. Plaintiff prays for all remedies and procedures available under the law including all remedies provided by the Court Rules governing an action *in rem* including, but not limited to, arrest of defendant vessel, a determination of the highest priority lien on defendant vessel in accordance with 46 U.S.C. 31301(5)(B), and sale of vessel to respond to plaintiff's provable damages.

DATED this 13 day of June, 2019.

STACEY & JACOBSEN, PLLC  STACEY & JACOBSEN, PLLC

By: s/Joseph S. Stacey
Joseph S. Stacey, ABA#: 0007041
4039 - 21st Avenue West, Suite 401
Seattle, WA 98199
Telephone: (206) 282-3100
Fax: (206) 282-1149
jstacey@maritimelawyer.us
Attorneys for Plaintiff

By: s/James P. Jacobsen
James P. Jacobsen, ABA#: 9511051
4039 - 21st Avenue West, Suite 401
Seattle, WA 98199
Telephone: (206) 282-3100
Fax: (206) 282-1149
jjacobsen@maritimelawyer.us
Attorneys for Plaintiff

## VERIFICATION

Joseph S. Stacey, being first duly sworn, deposes and sayeth: that he makes this Verification and that he has read the foregoing complaint and that all the facts and allegations therein are true and correct to the best of his knowledge under penalty of perjury of the laws of the United States of America. That he, as the attorney for Kelly J. Wieber, is authorized to make to this verification on behalf of the Plaintiff.

Dated this 13th day of June, 2019.

Joseph S. Stacey, ABA#: 0007041

*COMPLAINT*
*Wieber v. F/V JENMARANN, ET. AL.*
*Page 7 of 7*

STACEY & JACOBSEN, PLLC
ATTORNEYS AT LAW
WASHINGTON ALASKA OREGON
4039 21ST AVENUE WEST, SUITE 401
SEATTLE, WA 98199
TELEPHONE (206) 282-3100

Case 3:19-cv-00166-SLG-MMS   Document 1   Filed 06/13/19   Page 7 of 7